AO 245E  (Rev. 12/11) Judgment in a Criminal Case for Organizational Defendants
Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Organizational Defendants) |
| WE LEND MORE, INC., (01) | CASE NUMBER: 11CR3327-MMA |

Knut S. Johnson
Defendant Organization's Attorney

THE DEFENDANT ORGANIZATION:
☐ pleaded guilty to count(s) _____
☒ was found guilty on count(s) ONE, TWO AND THREE OF THE INDICTMENT
after a plea of not guilty.
Accordingly, the defendant organization is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 42:6928(d)(1); 18:2 | Unlawful Transportation of Hazardous Waste; Aiding and Abetting | 1 |
| 42:6928(d)(2)(A); 18:2 | Unlawful Disposal of Hazardous Waste; Aiding and Abetting | 2 |
| 42:6928(d)(5); 18:2 | Transportation of Hazardous Waste; Aiding and Abetting | 3 |

The defendant organization is sentenced as provided in pages 2 through 3 of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant organization has been found not guilty on count(s) _____
☐ Count(s) _____ is ☐ are ☐ dismissed on the motion of the United States.
☒ Assessment: $1,200.00 Total (Ct:1 $400.00, Ct:2 $400.00, Ct:3 $400.00)

☒ No fine        ☐ Forfeiture pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant organization shall notify the United States Attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization shall notify the court and United States Attorney of any material change in the organization's economic circumstances.

JUNE 25, 2012
Date of Imposition of Sentence

HON. MICHAEL M. ANELLO
UNITED STATES DISTRICT JUDGE

11CR3327-MMA

AO 245E (Rev. 12/11) Judgment in a Criminal Case for Organizational Defendants
Sheet 2 — Probation

Judgment—Page 2 of 3

DEFENDANT ORGANIZATION: WE LEND MORE, INC., (01)
CASE NUMBER: 11CR3327-MMA

## PROBATION

The defendant organization is hereby sentenced to probation for a term of:

Counts 1-3 Three (03) Years Unsupervised Probation to run concurrently for a total of 3 Years.

## MANDATORY CONDITION

[x] The defendant organization shall not commit another federal, state or local crime.

[ ] If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant organization pay any such fine or restitution.

[x] The defendant organization shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant organization shall also comply with the additional conditions on the attached page.

### STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;

2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees;

7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

AO 245E    (Rev. 12/11) Judgment in a Criminal Case for Organizational Defendants
           Sheet 2 — Continued 1 — Probation

DEFENDANT ORGANIZATION: WE LEND MORE, INC., (01)
CASE NUMBER: 11CR3327-MMA

Judgment—Page __3__ of __3__

## SPECIAL CONDITIONS OF SUPERVISION

1. Provide complete disclosure of personal and business financial records to the probation officer as requested.

2. Subject corporate records and premises to search by the probation officer.

3. The corporation is required to have an effective program to prevent and detect violations of law.

11CR3327-MMA